FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: ___30 W. Redbrook Place, Delaware 19977___

Address of Defendant: 100 East Lancaster Avenue, Wynnewood, Pennsylvania 19096

Place of Accident, Incident or Transaction: ___Wynnewood, Pennsylvania___

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))  Yes☐  No☑

Does this case involve multidistrict litigation possibilities?  Yes☐  No☑

*RELATED CASE, IF ANY:*
Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes☐  No☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes☐  No☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
Yes☐  No☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
Yes☐  No☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
(Please specify) _____

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☑ All other Diversity Cases
(Please specify) Medical Malpractice

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, Aaron J. Freiwald _____, counsel of record do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _7/8/15_     _____     78028
Attorney-at-Law     Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _7/8/15_     _____     78028
Attorney-at-Law     Attorney I.D.#

CIV. 609 (5/2012)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Shawn Jones, a Minor, by and through his Parents and Natural Guardians, Ashley Parks and Shawn Jones | : | CIVIL ACTION |
| v. | : | |
| The Lankenau Hospital, et al. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants.  (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court.  (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. ( X )


| | | |
|---|---|---|
| __7/8/15__ | __Aaron J. Freiwald__ | __Plaintiffs__ |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-875-8000 | 215-875-8575 | ajf@freiwaldlaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

**(Civ. 660) 10/02**

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Shawn Jones, a minor, by and through is Parents & Natural Guardians, Ashley Parks and Shawn Jones

**DEFENDANTS**
The Lankenau Hospital

**(b)** County of Residence of First Listed Plaintiff  Kent
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Montgomery
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Aaron J. Freiwald, Esquire
Freiwald Law, P.C. 1500 Walnut Street, 18th Floor, Phila., PA 19102

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

◻ 1  U.S. Government
       Plaintiff

◻ 3  Federal Question
       *(U.S. Government Not a Party)*

◻ 2  U.S. Government
       Defendant

☒ 4  Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ◻ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ◻ 4 | ◻ 4 |
| Citizen of Another State | ☒ 2 | ◻ 2 | Incorporated *and* Principal Place of Business In Another State | ◻ 5 | ◻ 5 |
| Citizen or Subject of a Foreign Country | ◻ 3 | ◻ 3 | Foreign Nation | ◻ 6 | ◻ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ◻ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ◻ 625 Drug Related Seizure of Property 21 USC 881 | ◻ 422 Appeal 28 USC 158 | ◻ 375 False Claims Act |
| ◻ 120 Marine | ◻ 310 Airplane | ◻ 365 Personal Injury - Product Liability | ◻ 690 Other | ◻ 423 Withdrawal 28 USC 157 | ◻ 400 State Reapportionment |
| ◻ 130 Miller Act | ◻ 315 Airplane Product Liability | ◻ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ◻ 410 Antitrust |
| ◻ 140 Negotiable Instrument | ◻ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ◻ 430 Banks and Banking |
| ◻ 150 Recovery of Overpayment & Enforcement of Judgment | ◻ 330 Federal Employers' Liability | ◻ 368 Asbestos Personal Injury Product Liability | | ◻ 820 Copyrights | ◻ 450 Commerce |
| ◻ 151 Medicare Act | ◻ 340 Marine | | | ◻ 830 Patent | ◻ 460 Deportation |
| ◻ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ◻ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ◻ 840 Trademark | ◻ 470 Racketeer Influenced and Corrupt Organizations |
| | ◻ 350 Motor Vehicle | ◻ 370 Other Fraud | ◻ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ◻ 480 Consumer Credit |
| ◻ 153 Recovery of Overpayment of Veteran's Benefits | ◻ 355 Motor Vehicle Product Liability | ◻ 371 Truth in Lending | ◻ 720 Labor/Management Relations | ◻ 861 HIA (1395ff) | ◻ 490 Cable/Sat TV |
| ◻ 160 Stockholders' Suits | ◻ 360 Other Personal Injury | ◻ 380 Other Personal Property Damage | ◻ 740 Railway Labor Act | ◻ 862 Black Lung (923) | ◻ 850 Securities/Commodities/ Exchange |
| ◻ 190 Other Contract | | ◻ 385 Property Damage Product Liability | ◻ 751 Family and Medical Leave Act | ◻ 863 DIWC/DIWW (405(g)) | ◻ 890 Other Statutory Actions |
| ◻ 195 Contract Product Liability | ☒ 362 Personal Injury - Medical Malpractice | | ◻ 790 Other Labor Litigation | ◻ 864 SSID Title XVI | ◻ 891 Agricultural Acts |
| ◻ 196 Franchise | | | ◻ 791 Employee Retirement Income Security Act | ◻ 865 RSI (405(g)) | ◻ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ◻ 895 Freedom of Information Act |
| ◻ 210 Land Condemnation | ◻ 440 Other Civil Rights | **Habeas Corpus:** | | ◻ 870 Taxes (U.S. Plaintiff or Defendant) | ◻ 896 Arbitration |
| ◻ 220 Foreclosure | ◻ 441 Voting | ◻ 463 Alien Detainee | | ◻ 871 IRS—Third Party 26 USC 7609 | ◻ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ◻ 230 Rent Lease & Ejectment | ◻ 442 Employment | ◻ 510 Motions to Vacate Sentence | | | |
| ◻ 240 Torts to Land | ◻ 443 Housing/ Accommodations | ◻ 530 General | | | ◻ 950 Constitutionality of State Statutes |
| ◻ 245 Tort Product Liability | ◻ 445 Amer. w/Disabilities - Employment | ◻ 535 Death Penalty | **IMMIGRATION** | | |
| ◻ 290 All Other Real Property | ◻ 446 Amer. w/Disabilities - Other | **Other:** | ◻ 462 Naturalization Application | | |
| | ◻ 448 Education | ◻ 540 Mandamus & Other | ◻ 465 Other Immigration Actions | | |
| | | ◻ 550 Civil Rights | | | |
| | | ◻ 555 Prison Condition | | | |
| | | ◻ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
◻ 2 Removed from State Court
◻ 3 Remanded from Appellate Court
◻ 4 Reinstated or Reopened
◻ 5 Transferred from Another District *(specify)*
◻ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
23 USC § 1332
Brief description of cause:
Medical Malpractice

## VII. REQUESTED IN COMPLAINT:
◻ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ◻ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE
07/07/2015

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHAWN JONES, a Minor, by and through his Parents and Natural Guardians, ASHLEY PARKS AND SHAWN JONES<br>30 W. Redbrook Place<br>Smyrna, DE 19977<br>             Plaintiffs<br><br>            v.<br><br>THE LANKENAU HOSPITAL<br>100 East Lancaster Avenue<br>Wynnewood, PA 19096<br><br>MAIN LINE HEALTH<br>130 South Bryn Mawr Avenue<br>BRYN MAWR, PA 19010<br><br>JOAN KEEGAN, D.O.<br>100 East Lancaster Avenue<br>Wynnewood, PA 19096<br><br>ARLENE SMALLS, M.D.<br>100 East Lancaster Avenue<br>Wynnewood, PA 19096<br><br>ADEEB KHALIFEH, M.D.<br>100 East Lancaster Avenue<br>Wynnewood, PA 19096<br>             Defendants | NO. |

**CIVIL ACTION COMPLAINT**
**MEDICAL NEGLIGENCE**

**I.      PARTIES**

1.      Plaintiff Shawn Jones, by and through his Parents and Natural Guardians, Ashley Parks and Shawn Jones, are adult citizens of the State of Delaware residing at 30 West Redbrook Place, Smyrna, Delaware 19977.

2.      The natural mother of Shawn Jones is Ashley Parks, who gave birth to Shawn at Lankenau Hospital on November 30, 2010.

3.     Shawn Jones, Sr. is the father of Shawn Jones, Jr.

4.     Shawn Jones, a minor, was born on November 30, 2010.

5.     Defendant Lankenau Hospital, ("Lankenau"), is a professional corporation or other legal entity incorporated under the laws of the Commonwealth of Pennsylvania, that, at all relevant times, owned, controlled and operated a medical facility located at 100 E. Lancaster Avenue, Wynnewood, Pennsylvania 19096

6.     Defendant Lankenau is responsible for the actions of its agents, employees, servants and/or ostensible agents and owed a duty of care to Plaintiff Shawn Jones.

7.     Plaintiff is asserting a professional liability claim against Defendant Lankenau.  A Certificate of Merit is attached as Exhibit "A."

8.     Defendant Main Line Health ("Main Line"), is a professional corporation or other legal entity incorporated under the laws of the Commonwealth of Pennsylvania, that, at all relevant times, owned, controlled and operated a medical facility located at 100 E. Lancaster Avenue, Wynnewood, Pennsylvania 19096

9.     Defendant Main Line is responsible for Lankenau Hospital and for the conduct of of its agents, employees, servants and/or ostensible agents and owed a duty of care to Plaintiff Shawn Jones.

10.     Plaintiff is asserting a professional liability claim against Defendant Main Line. A Certificate of Merit is attached as Exhibit "B."

11.     At all relevant times, Lankenau and Main Line had non-delegable duties to Shawn Jones, which are more specifically set forth in *Thompson v. Nason Hospital*, 591 A.2d 703 (1991).

-2

12.     Any negligent act or omission committed by any actual, apparent, and/or ostensible agent, servant and employee of Defendants Lankenau and Main Line imposes liability upon these Defendants under the laws of the agency of the Commonwealth of Pennsylvania.

13.     Defendant Joan A. Keegan, D.O. ("Dr. Keegan") is an individual practicing obstetrics and gynecology with medical offices and a business address at 100 E. Lancaster Avenue, Wynnewood, Pennsylvania 19096.

14.     At all relevant times, Defendant Dr. Keegan undertook to provide medical and health and services to Plaintiffs Ashley Parks and Shawn Jones.

15.     At all relevant times, Defendant Dr. Keegan was obliged to use the professional skill, knowledge and care that she possessed and to follow accepted standards of medicine and obstetrics and gynecology.

16.     Plaintiff is asserting a professional liability claim against Defendant Dr. Keegan. A Certificate of Merit is attached as Exhibit "C."

17.     Defendant Arlene Smalls, M.D. ("Dr. Smalls") is an individual practicing obstetrics and gynecology with medical offices and a business address at 100 E. Lancaster Avenue, Wynnewood, Pennsylvania 19096.

18.     At all relevant times, Defendant Dr. Smalls undertook to provide medical and health and services to Plaintiffs Ashley Parks and Shawn Jones.

19.     At all relevant times, Defendant Dr. Smalls was obliged to use the professional skill, knowledge and care that she possessed and to follow accepted standards of medicine and obstetrics and gynecology.

20.     Plaintiff is asserting a professional liability claim against Defendant Dr. Smalls. A Certificate of Merit is attached as Exhibit "D."