IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN JONES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LANKENAU HOSPITAL, et al. | : | NO. 15-3882 |

## CIVIL JUDGMENT

Before the Honorable Joel H. Slomsky

AND NOW, this 30th day of January 2017, in accordance with the Verdict of the Jury,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of the defendants Main Line Hospitals d/b/a as Lankenau Hospital; Joan Keegan, DO; Arlene Smalls, MD and Adeeb Khalifeh, MD and against the Plaintiff Shawn Jones. .

BY THE COURT

ATTEST: *S/ Matthew J. Higgins*
Matthew J. Higgins
Deputy Clerk